IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CURTIS VARNADO, )
)
Plaintiff, )
)
v. ) Case No. 01-1987RHK/JMM
)
BOTTS AND COMPANY REAL ESTATE )
SERVICES, INC., )
)
Defendant. )

---

**NOTICE OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i) and ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, Curtis Varnado, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure dismisses *with prejudice* its Complaint against Defendant Botts and Co. Real Estate Services, Inc. Said dismissal is filed in light of the fact that the parties to this Action have settled the instant litigation. Plaintiff

FILED DEC 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

files this NOTICE unilaterally since Defendant has not filed an Answer nor has it moved for Summary Judgment.

Respectfully submitted,

HAUGEN LAW FIRM PLLP

Date: December 11, 2001

Eric O. Haugen, Esq., MN ID#189807
Orrin M. Haugen, Esq., MN ID#42353
Mark J. Burns, Esq., MN ID#308055
1130 TCF Tower
121 S. Eighth Street
Minneapolis, MN 55402
(612) 339-8300 Phone
(612) 339-8200 Facsimile

Attorneys for Plaintiff,
Curtis Varnado

**ORDER OF DISMISSAL WITH PREJUDICE**

In light of and pursuant to the Federal Rule of Civil Procedure 41(a)(1)(i) NOTICE OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i) filed by Plaintiff, Curtis Varnado on December 11, 2001, IT IS HEREBY ORDERED:

This Action is dismissed with prejudice.

By the Court:

Dated: 12/14/01

The Honorable Richard H. Kyle
United States District Court Judge